I\

FILED IN OPEN COURT

APR 2 4 2019

CHARLES R. DIARD, JR.
CLERK

GFM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO.** 19-109-TFM |
| | * | **USAO NO. 19R00239** |
| **v.** | * | |
| | * | |
| **ANDREA MANASSA and** | * | **VIOLATIONS:**   21 USC § 846 |
| **DAISY SMITH** | * | 21 USC § 841(a)(1) |
| | * | 18 USC § 924(c) |
| | * | 18 USC § 922(g)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE

Beginning on or about November 1, 2018, and continuing through on or about the date of the return of the Indictment, in the Southern District of Alabama, Southern Division and elsewhere, the defendants,

### ANDREA MANASSA and
### DAISY SMITH

did willfully, knowingly and unlawfully conspire with one another and with other persons, both known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, contrary to Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

The quantity of crack cocaine attributable to each defendant in the conspiracy exceeded

1

28 grams; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT TWO

On or about November 27, 2018, in the Southern District of Alabama, Southern Division and elsewhere, the defendants,

**ANDREA MANASSA and
DAISY SMITH**

aided and abetted by one another and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, a Schedule II controlled substance, to-wit: approximately 63 grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine.

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of crack cocaine involved in the offense exceeded 28 grams; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT THREE

On or about November 27, 2018, in the Southern District of Alabama, Southern Division and elsewhere, the defendants,

**ANDREA MANASSA and
DAISY SMITH**

aided and abetted by one another and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, a Schedule II controlled substance, to-wit: approximately 70 grams of a mixture and substance containing a

2

detectable amount of cocaine.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about November 27, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

### ANDREA MANASSA

during and in relation to a drug trafficking crime, to-wit: possession with intent to distribute crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Two of the Indictment; and possession with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Three of the Indictment; did knowingly use and carry and possess in furtherance of such crime, a firearm, namely a loaded Glock, Model 43, 9mm handgun, serial number ACUL282.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT FIVE

On or about November 27, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

### ANDREA MANASSA

aided and abetted by other persons, both known and unknown to the Grand Jury, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit: Possession of Cocaine on or about February 16, 2012, in the Circuit Court of Mobile County, Alabama, case number CC-2011-004543; and, Possession of Marijuana, First Degree, on or

3

about February 16, 2012, in the Circuit Court of Mobile County, Alabama, case number CC-2011-004542, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Glock, Model 43, 9mm handgun, serial number ACUL282.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

_____
GEORGE F. MAY
Assistant United States Attorney

GEORGE F. MAY

_____
SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division

APRIL 2019

4